DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Jones<br><br>Case below:<br>165 N.C. App. 540 | No. 389PA04 | 1. AG's Petition for Writ of Supersedeas (COA02-1633)<br><br>2. AG's PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Conditional PDR | 1. Allowed **10/06/04**<br><br>2. Allowed **10/06/04**<br><br>3. Allowed **10/06/04** |
| State v. Jones<br><br>Case below:<br>165 N.C. App. 276 | No. 399A04 | 1. Def's NOA Based on a Substantial Constitutional Question (COA03-590)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed 10/06/04 |
| State v. Lawrence<br><br>Case below:<br>165 N.C. App. 548 | No. 457PA04 | AG's Motion for Temporary Stay (COA03-614) | Allowed Pending Determination of the State's PDR **09/01/04** |
| State v. McClelland<br><br>Case below:<br>146 N.C. App. 750 | No. 479P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA01-327) | Dismissed 10/06/04 |
| State v. Perkins<br><br>Case below:<br>Pitt County<br>Superior Court | No. 060A94-4 | Def's Motion to Vacate Disproportionate and Excessive Death Sentence | Denied **09/23/04** |
| State v. Perkins<br><br>Case below:<br>Pitt County<br>Superior Court | No. 060A94-5 | 1. Def's PWC to Review Order of Superior Court<br><br>2. Def's Motion to Stay His 8 October 2004 Execution Date to Provide the Court an Adequate Opportunity to Review Def's Petition | 1. Denied 10/06/04<br><br>2. Denied 10/06/04 |
| State v. Rehm<br><br>Case below:<br>165 N.C. App. 547 | No. 438P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-370) | Denied 10/06/04 |
| State v. Rouse<br><br>Case below:<br>Randolph County<br>Superior Court | No. 120A92-4 | Def's Motion for Relief | Dismissed 10/06/04 |
| State v. Scanlon<br><br>Case below:<br>Durham County<br>Superior Court | No. 480A99-5 | Def's Petition for Writ of Prohibition | Denied **08/18/04** |